**Electronically Filed
Supreme Court
SCPW-24-0000487
30-SEP-2024
10:40 AM
Dkt. 9 ODDP**

SCPW-24-0000487

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

KAWAIKA KRUEGER
Petitioner,

vs.

HAWAI'I STATE DEPARTMENT OF PUBLIC SAFETY,
HALAWA CORRECTIONAL FACILITY, and HAWAI'I STATE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
Respondents.

_____

ORIGINAL PROCEEDING
(CASE NOS. 5PC161000263, 5PC161000019, 5FC161000144)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of habeas corpus filed July 23, 2024, the documents submitted in support on August 5, 2024, and the records of 5PC161000263, 5PC161000019, and 5FC161000144, Petitioner's assertion that the concurrent terms of incarceration ended on January 15, 2024, is based on the sentence imposed and credit for presentence detention and incarceration in 5PC161000263. The sentence imposed and credit for presentence detention and incarceration

in 5PC161000019 indicates that Petitioner's release date is later than January 15, 2024.  Petitioner has not presented a special reason for this court to invoke its original jurisdiction in a habeas corpus proceeding.  See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawai'i, September 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens



2